# M A N D A T E

**THE STATE OF TEXAS**

**TO THE PROBATE COURT NO 1 OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on March 4, 2015, the cause upon appeal to revise or reverse your judgment between

Sandra Saks, Lee Nick McFadin and Margaret Landen Saks, Appellant

V.

Lauren Saks a/k/a Gloria Lauren Nicole Saks, Appellee

No. 04-13-00875-CV and Tr. Ct. No. 2011-PC-3466

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's memorandum opinion of this date, the judgment confirming the arbitration award is AFFIRMED; however, the appeal from the order in aid of enforcement of judgment is DISMISSED FOR LACK OF JURISDICTION. The motion to dismiss Lee Nick McFadin III from appellate cause number 04-13-00875-CV is DENIED AS MOOT. It is ORDERED that Appellees Lauren Saks Merriman and Marcus Rogers, Interim Trustee, recover their costs of appeal from Appellants Sandra C. Saks and Landen Saks.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on August 11, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00875-CV

**Sandra Saks, Lee Nick McFadin and Margaret Landen Saks**

**v.**

**Lauren Saks a/k/a Gloria Lauren Nicole Saks**

(NO. 2011-PC-3466 IN PROBATE COURT NO 1 OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| COPIES | $6.00 | PAID | SERVICE TITLE |
| MOTION FEE | $15.00 | E-PAID | PHIILIP ROSS |
| MOTION FEE | $10.00 | E-PAID | PHILIP MARTIN ROSS |
| MOTION FEE | $10.00 | E-PAID | ROYAL LEA, III |
| MOTION FEE | $10.00 | E-PAID | SUSAN KIDWELL |
| REPORTER'S RECORD | $389.00 | PAID | |
| CLERK'S RECORD | $0.00 | UNKNOWN | |
| INDIGENT | $25.00 | PAID | PHILIP M. ROSS |
| STATEWIDE EFILING FEE | $20.00 | PAID | PHILIP M. ROSS |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | PHILIP M. ROSS |
| FILING | $100.00 | PAID | PHILIP M. ROSS |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this August 11, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853